NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DANIEL AZCONA,

    Plaintiff

v.

NJ DOC STAFF, *et al.*,

    Defendants

Civ. No. 23-4355 (RMB-AMD)

**OPINION**

RENÉE MARIE BUMB, CHIEF UNITED STATES DISTRICT JUDGE

This matter comes before the Court upon the filing by *Pro Se* Plaintiff Daniel Azcona of an application to proceed without prepayment of the filing fees ("IFP Application" Dkt. No. 1-2) and a civil rights complaint (Compl., Dkt. No. 1.) Plaintiff's IFP application establishes his financial eligibility to proceed without payment of the filing fee, and it will be granted. When a person is granted IFP status, the Court must screen the complaint for dismissal, and dismiss the complaint if it (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

The complaint is rambling, incoherent, apparently delusional, and duplicative of a number of complaints recently filed in this Court by Plaintiff.[1] Because the Court can not

---

[1] *See Azcona v. State of New Jersey,* et al., 23-3776(RMB); *Azcona v. NJDOC Staff, et al.,* 23-3852(RMB); *Azcona v. State of New Jersey, et al,* 23-4076(RK); *Azcona v. NJDOC Staff Male Female,* 23-20804(RK).

discern any legal claim in the complaint upon which relief may be granted, the complaint will be dismissed without prejudice.

An appropriate order will be entered.

**DATED:  January 30, 2024**

                                            s/Renée Marie Bumb
                                            **RENÉE MARIE BUMB**
                                            **Chief United States District Judge**